UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHARLES HICKS                                                                                          PETITIONER

VS.                                          4:20-CV-01028-BRW/JTR

LUCAS EMBERTON, Sheriff,
Van Buren County, Arkansas                                                                       RESPONDENT

## ORDER

I have reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, I approve and adopt the Recommendation in all respects.

Accordingly, Petitioner's habeas petition is DISMISSED, without prejudice.

I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 27th day of October, 2020.

                                          Billy Roy Wilson_____
                                          UNITED STATES DISTRICT JUDGE