# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

CHARLES HICKS                                                                                          PETITIONER

VS.                                              4:20-CV-01028-BRW/JTR

LUCAS EMBERTON, Sheriff,
Van Buren County, Arkansas                                                                    RESPONDENT

## **JUDGMENT**

Consistent with the order entered separately today, this case is dismissed, without prejudice.   All relief sought is denied, and the case is closed.

IT IS SO ORDERED this 27th day of October, 2020.


                                            Billy Roy Wilson_____
                                            UNITED STATES DISTRICT JUDGE